[973 NE2d 179, 950 NYS2d 84]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY MARTIN, Appellant.

Decided June 26, 2012

APPEARANCES OF COUNSEL

*Willkie Farr & Gallagher LLP*, New York City (*Mei Lin Kwan-Gett* and *James F. Caputo* of counsel), and *Legal Aid Society of New York* (*Denise Fabiano* and *Steven Banks* of counsel) for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Jared Wolkowitz* and *Sheila O'Shea* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed (*see People v De Bour*, 40 NY2d 210 [1976]). Whether Detective Barnes

had a founded suspicion to approach defendant, or probable cause to arrest him involve mixed questions of law and fact, beyond our review if the determination is supported by the record. Because such record evidence exists here, the issues are beyond further review by this Court.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.